IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jody M. Oster,

 Plaintiff,

vs.

Huntington Bancshares Incorporated, et al.,

 Defendants.

Case No.: 2:15-CV-2746

Judge Marbley

Magistrate Judge Kemp

## ORDER

Plaintiff has moved for leave to file under seal Exhibits A-3 and A-13 attached to Plaintiff's Affidavit (Exhibit A) to her Memorandum in Opposition to Defendants' Motion to Compel and Motion for Protective Order. In support of her Motion, Plaintiff explains that the documents "included in Exhibits A-3 and A-13 consist of emails that contain confidential and privileged information between in-house counsel for Defendant The Huntington National Bank, their clients, and/or Defendant The Huntington National Bank's outside counsel regarding strategy in cases and matters, official filings, and other business matters that involve or relate to Defendant The Huntington National Bank." The motion sets forth good cause and the motion (Dkt. 67) is therefore granted.

/s/ Terence P. Kemp
United States Magistrate Judge