IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jody M. Oster, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:15-cv-2746 |
| Huntington Bancshares, Inc., et al., | : | JUDGE ALGENON L. MARBLEY |
| Defendants. | : | Magistrate Judge Kemp |

ORDER

Defendants have moved to seal plaintiff's deposition (Doc. 55) and for leave to file a redacted version.  In support of their motion, defendants state, without specificity, that the deposition contains "certain personal information" and that the parties agree redaction is appropriate.  This is insufficient to allow the Court to conclude that defendants have demonstrated good cause to seal this document.  Consequently, the motion (Doc. 71) is denied without prejudice to refiling an appropriately supported motion.

/s/ Terence P. Kemp
United States Magistrate Judge